UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TSURT, LLC and PEARL JAM, LLC,<br><br>        Plaintiffs,<br><br>        v.<br><br>VARIOUS JOHN DOES, JANE DOES,<br>and ABC COMPANIES<br><br>        Defendants. | CIVIL CASE NO.<br>22 Civ. 7493 (LGS)<br><br>**[PROPOSED] ORDER TO**<br>**DISMISS WITHOUT PREJUDICE** |

Plaintiffs having moved to dismiss the above-referenced action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

IT IS HEREBY ORDERED that:

1. The above-referenced action is hereby dismissed without prejudice;

2. The Clerk of the Court is hereby directed to return the $25,000.00 cash bond to Plaintiff TSURT, LLC. c/o Plaintiffs' counsel, Kenneth A. Feinswog at 400 Corporate Pointe, Suite 300, Culver City, California 90230; and

Dated: September 23, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

1

3. Plaintiffs are authorized to dispose of all merchandise seized from Defendants in the above-referenced action.

Dated: September \_\_\_, 2022

_____
**LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE**